IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 10-09294 SEK

WALDEMAR COLON MOLINA          Chapter 13

XXX-XX-7233

**FILED & ENTERED ON 01/10/2011**

**Debtor**

### ORDER DISMISSING CHAPTER 13 CASE

    Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b).  The case has not been previously converted.

    **WHEREFORE**, Debtor's request is granted and the case is hereby dismissed. The trustee is awarded costs in the sum of $100.00.

    The Clerk will close all proceedings, vacate any hearing date and notify this Order.

    San Juan, Puerto Rico, this 10 day of January, 2011.

                                           Sara E. De Jesus Kellogg
                                           U.S. Bankruptcy Judge

c: ALL CREDITORS

   DEBTOR
  JESUS ENRIQUE BATISTA SANCHEZ
  JOSE RAMON CARRION MORALES